IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  05-cv-00525-EWN-OES

MARTINA RAMIREZ,

Plaintiff(s),

v.

BIG LOTS STORES, INC.,

Defendant(s).

---

MINUTE ORDER

---

ORDER ENTERED BY MAGISTRATE JUDGE O. EDWARD SCHLATTER
Dated:  October 13, 2005

     Defendant's Unopposed Motion to Vacate and Reschedule Settlement Conference [filed October 12, 2005, Document 23] is GRANTED.  The Settlement Conference of October 24, 2005, is VACATED and RESET to **December 6, 2005**, at the hour of 3:00 p.m.