IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-CV-525-EWN-OES

MARTINA RAMIREZ,

    Plaintiff,

v.

BIG LOTS STORES, INC.,

    Defendant.

## ORDER OF DISMISSAL WITH PREJUDICE

The parties have filed a Joint Stipulation for Dismissal With Prejudice. After careful review of the stipulation and the file, the court has concluded that the stipulation should be approved and that Plaintiff Martina Ramirez's claims against Defendant Big Lots Stores, Inc. should be dismissed with prejudice.

THEREFORE IT IS ORDERED as follows:

1. That the Joint Stipulation for Dismissal With Prejudice is APPROVED; and

2. That Plaintiff's claims against Defendant are DISMISSED WITH PREJUDICE, each party to pay their own attorneys fees and costs.

    Dated this 7th day of December 2005.

        BY THE COURT:

        s / Edward W. Nottingham
        _____
        Edward W. Nottingham
        United States District Judge